UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FRANK HOGAN,

                Plaintiff,

   -against-

METROPOLITAN LIFE INSURANCE
COMPANY,

                Defendant.
------------------------------------------------------------X

13 CV 0439 (AJN)

**RULE 7.1 DISCLOSURE STATEMENT**

DOCUMENT ELECTRONICALLY FILED

     The undersigned, counsel of record for defendant METROPOLITAN LIFE INSURANCE COMPANY, hereby makes the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

    1.    Metropolitan Life Insurance Company, a New York corporation with its principal place of business in New York, is a wholly owned subsidiary of MetLife, Inc., a publicly held corporation.

Dated:    New York, New York
               March 14, 2013

                                   Respectfully submitted,

                                   s/ _____
                                   MICHAEL H. BERNSTEIN (MB-0579)
                                   SEDGWICK LLP
                                   225 Liberty Street, 28th Floor
                                   New York, New York 10281-1008
                                   T: 212.422.0202 | F: 212.422.0925
                                   *Attorneys for Defendant*
                                   *METROPOLITAN LIFE INSURANCE COMPANY*

TO:    Justin C. Frankel, Esq. (JF-5983)
          Jason A. Newfield (JN-5529)
          FRANKEL & NEWFIELD, P.C.
          585 Stewart Avenue - Suite 312
          Garden City, New York 11530
          T: 516.222.1600
          *Attorneys for Plaintiff*

NY/1256063v1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached **RULE 7.1 DISCLOSURE STATEMENT** (on behalf of Metropolitan Life Insurance Company) was served via ECF and regular mail on March 14, 2013, upon

Justin C. Frankel, Esq. (JF-5983)
Jason A. Newfield (JN-5529)
FRANKEL & NEWFIELD, P.C.
585 Stewart Avenue - Suite 312
Garden City, New York 11530
T:  516.222.1600
*Attorneys for Plaintiff*

Dated:  March 14, 2013

_____s/_____
Michael H. Bernstein (MB-0579)