UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Frank HOGAN,

       Plaintiff,       13-CV-00439 (AJN)(SN)

  -against-           **ORDER**

METROPOLITAN LIFE INSURANCE
COMPANY,

       Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

  On March 29, 2013, the Honorable Alison J. Nathan referred this matter to my docket for settlement.  See 28 U.S.C. § 636(b)(1)(A). The parties are directed to contact Courtroom Deputy Joseph Mendieta at (212) 805-4540 to schedule a settlement conference to take place before May 31, 2013.

**SO ORDERED.**

                 _____
                 SARAH NETBURN
                 United States Magistrate Judge

DATED: New York, New York
      April 1, 2013