```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 26 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FRANK HOGAN,

                Plaintiff,

    -v-

METROPOLITAN LIFE INSURANCE COMPANY,

                Defendant.
-------------------------------------------------------------X

13 Civ. 0439 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

It having been reported to the Court that this case has been settled, it is hereby ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to the Court's calendar if the application to restore the action is made within thirty (30) days. Within this thirty day period, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order. The Clerk of the Court is directed to terminate this action.

    SO ORDERED.

Dated: June 26, 2013
       New York, New York

                                          _____
                                             ALISON J. NATHAN
                                          United States District Judge