Nathan, A.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 2 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FRANK HOGAN,

          Plaintiff,

  -against-

METROPOLITAN LIFE INSURANCE
COMPANY,

          Defendant.
------------------------------------------------------------X

Civ. Act. No.: 13 CV 0439
(AJN)(SN)

STIPULATION OF DISMISSAL
WITH PREJUDICE

DOCUMENT
ELECTRONICALLY FILED

**IT IS HEREBY STIPULATED AND AGREED**, by and between plaintiff Frank Hogan ("Hogan") and defendant Metropolitan Life Insurance Company ("MetLife"), through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims by plaintiff against MetLife in the above-captioned action are dismissed with prejudice, and without costs.

_____
Michael H. Bernstein (MB-0579)
Matthew P. Mazzola (MM-7427)
SEDGWICK LLP
225 Liberty Street, 28th Floor
New York, New York 10281-1008
Tel. (212) 422-0202
Fax (212) 422-0925
*Attorneys for Defendant*
*Metropolitan Life Insurance Company*

_____
Jason A. Newfield (JN-5529)
Justin C. Frankel (JF-5983)
FRANKEL & NEWFIELD, P.C.
585 Stewart Avenue - Suite 312
Garden City, New York 11530
T: 516.222.1600
*Attorneys for Plaintiff*

So Ordered:

_____
Hon. Alison J. Nathan
United States District Judge

8/2/13

NY/1269187v1